## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

MANUEL ALVAREZ,

    Plaintiff,

v.                                                                                               Civ. No. 22-589 GJF/LF

OREION MOTORS, LLC and KENT KNOX,

    Defendants.

### ORDER ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

    THIS MATTER is before the Court upon Plaintiff's "Motion for Leave to File Second Amended Complaint" [ECF 24]. Noting Defendants' failure to timely respond to the Motion[1] and that Local Rule 7.1(b) dictates that "failure of a party to file and serve a response in opposition . . . constitutes consent to grant the motion," the Court finds Plaintiff's Motion well-taken and **GRANTS** it.

    **IT IS THEREFORE ORDERED** that Plaintiff may file his proposed Second Amended Complaint.

    **SO ORDERED.**

                                                                       THE HONORABLE GREGORY J. FOURATT
                                                                       UNITED STATES MAGISTRATE JUDGE
                                                                       *Presiding by Consent*

---

[1] The Motion, filed on October 27, 2022, required a response filed by no later than November 10, 2022, to be considered a timely and valid challenge. *See* D.N.M.LR-Civ. 7.4(a) ("A response must be served and filed within fourteen (14) calendar days after service of [a] motion.").